```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                         EASTERN DIVISION
```

JOHNNY LAROND PLUMMER, #41080                              PETITIONER

VERSUS                                  CIVIL ACTION NO.  4:08CV46-TSL-LRA

MISSISSIPPI DEPARTMENT OF CORRECTIONS, et al.              RESPONDENTS

<u>ORDER</u>

   BEFORE the court is petitioner's request for habeas corpus relief filed pursuant to 28 U.S.C. § 2254.  Having reviewed the attachment [3] filed June 3, 2008, this court finds that the petitioner was convicted of a sex crime involving a minor and he has referred to the minor victim by name in the attachment.

   Clearly, petitioner has failed to comply with the Administrative Procedures regarding Case Management/Electronic Case Filing (CM/ECF).  The petitioner and the other parties in the instant civil case are reminded that only the initials of a minor should be used in filed documents, that the social security number shall be shown by only its final four digits, that the person's date of birth shall be stated by only the year of birth, and that any financial account number shall be stated by only the last four digits or letters of the number.  Therefore, since the petitioner referred to the minor victim by name in his attachment [3] filed June 3, 2008, this Court has determined that the attachment should be sealed.  Accordingly,

IT IS HEREBY ORDERED that the clerk of court is directed to seal the attachment [3] in this matter until further order of this court.

SO ORDERED, the ___6th_____ day of June, 2008.

                                       /s/Tom S. Lee_____
                                       UNITED STATES DISTRICT JUDGE